## NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF NO-ASSET CHAPTER 7 CASE TO ASSET CHAPTER 7 CASE

The Following No-Asset Chapter 7 Case should be designated as an Asset Chapter 7 Case:

NAME OF CASE: Exclusive Detailing, Inc.     Case No.: 16-19065 MBK

AMOUNT OF FUNDS

ON HAND: $43,000.00

IF THERE ARE NO FUNDS ON HAND, BUT ASSETS THAT WILL PRODUCE FUNDS FOR THIS ESTATE, INDICATE ACTUAL OR ESTIMATE VALUE OF THE ASSETS:

ACTUAL VALUE: Undetermined

ESTIMATED VALUE: Undetermined

OTHER INFORMATION RELATED TO STATUS OF CASE:

SIGNATURE OF TRUSTEE     *John W. Sywilok*

NAME OF TRUSTEE __JOHN W. SYWILOK, ESQ.__     DATED: __8/29/16__

File No: 63008