UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

John W. Sywilok, Esq.
John W. Sywilok LLC
51 Main Street
Hackensack, NJ 07601
(2010 487-9390
Attorney for Trustee

Order Filed on April 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

EXCLUSIVE DETAILING, INC.

Case No.: 16-19065

Chapter: 7

Judge: Michael B. Kaplan

### ORDER AUTHORIZING RETENTION OF

### VITO PASCARELLA

The relief set forth on the following page is **ORDERED**.

DATED: April 4, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Vito Pascarella_____

as _____Accountant to Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:  Vap and Associates Inc.

   1075 Easton Ave., Tower 1 Suite 5

   Somerset, New Jersey 08873

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s). TRUSTEE IS AUTHORIZED TO PAY RETAINER OF $2,000.00

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-19065-MBK
Exclusive Detailing, Inc.                                                       Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                 Page 1 of 1            Date Rcvd: Apr 04, 2019
                               Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db             #+Exclusive Detailing, Inc.,    5 Everett Court,    Caldwell, NJ 07006-8022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              Bruce H Levitt    on behalf of Debtor    Exclusive Detailing, Inc. blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              John   Sywilok    sywilokattorney@sywilok.com,   nj26@ecfcbis.com
              John   Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com,   nj26@ecfcbis.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Robert   Wisniewski    on behalf of Plaintiff Marcio   Ribeiro rw@rwapc.com,
               office@rwapc.com;arp@rwapc.com
              Robert   Wisniewski    on behalf of Plaintiff Ivonaldo   Brito Andrade rw@rwapc.com,
               office@rwapc.com;arp@rwapc.com
              Robert   Wisniewski    on behalf of Plaintiff Claudio   Ricardo Da Costa Menezes rw@rwapc.com,
               office@rwapc.com;arp@rwapc.com
              Robert   Wisniewski    on behalf of Plaintiff Giancarlo   Batista-Santos rw@rwapc.com,
               office@rwapc.com;arp@rwapc.com
              Robert   Wisniewski    on behalf of Plaintiff Diego   Batista-Santos rw@rwapc.com,
               office@rwapc.com;arp@rwapc.com
                                                                                              TOTAL: 9